and as Copartners, etc., Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

KATHERINE RUTH, Respondent, v. EDWARD RUTH, JR., Appellant.— Motion granted in so far as it applies to the counsel fee upon the giving of an undertaking, with corporate surety, in the sum of $3,500, to secure the payment of the counsel fee upon affirmance of the order; otherwise, motion denied, with ten dollars costs. Motion, in so far as it applies to the alimony, denied.   Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

ABBOTT L. SCHIFF, Appellant, v. JOSEPH SHAMPAN and LOUIS SHAMPAN, Doing Business under the Firm Name and Style of SHAMPAN & SHAMPAN, Respondents.— Motion for reargument denied.   Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

JULIUS SCHMID, Appellant, v. WINTER & COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to the Court of Appeals denied.   Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

BEN SILVERMAN, Respondent, v. THE BONNIE-B COMPANY, INC., and CONDE, LTD., INC., Appellants.— Motion for leave to appeal to the Court of Appeals denied.   Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

STANDARD LIME COMPANY, INC., Plaintiff, Respondent, v. DE BELLIS REALTY CORPORATION, Appellant.   BERTRAND ETTINGER, Receiver, Respondent, and Others, Defendants.   PRUDENCE COMPANY, INC., Plaintiff, Respondent, v. DE BELLIS REALTY CORPORATION and Another, Appellants.   BERTRAND ETTINGER, Receiver, Respondent, and Others, Defendants.   GIBRALTAR CREDIT CORPORATION, INC., Plaintiff, Appellant, v. DE BELLIS REALTY CORPORATION, Defendant, Appellant.   BERTRAND ETTINGER, Receiver, Respondent, and Others, Defendants.— Motion to dismiss appeals granted, with ten dollars costs, and appeals dismissed, with ten dollars costs and disbursements.   Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

LOUIS TASCHLER and Another, Respondents, v. BERNHARD ELMIGER and Others, Defendants.   ANTOINETTE ELMIGER, Appellant.— Motion to stay receiver granted upon condition that, within five days from the entry of the order herein, appellant furnish an undertaking, with corporate surety, in the sum of $500, to insure the payment of any rents that may accrue; otherwise, motion denied, with ten dollars costs.   Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

LOUIS TASCHLER and Another, Respondents, v. BERNHARD ELMIGER and Others, Defendants.   ANTOINETTE ELMIGER, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements.   Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

SAMUEL H. AIBEL, Respondent, v. THE YARNS CORPORATION OF AMERICA, Appellant.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

FRANK ARNEDOS, Respondent, v. ANTHONY PETRINO, Appellant.— Judgment